UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MULLER,<br><br>              Plaintiff,<br><br>     v.<br><br>FONG,<br><br>              Defendant. | Case No. 22-cv-04880-HSG<br><br>**ORDER OF DISMISSAL** |

On or about August 25, 2022, Plaintiff filed this *pro se* action pursuant to 42 U.S.C. § 1983, against defendant San Mateo General Hospital doctor Fong. Dkt. No. 1. That same day, the Clerk of the Court informed Plaintiff that this action was deficient because he had not submitted the required supporting documents for his *in forma pauperis* application – a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the plaintiff's correctional facility and a copy of the plaintiff's trust account statement showing transactions for the last six months. Dkt. No. 4. The Court informed Plaintiff that he needed to correct the deficiencies within twenty-eight days from the date of the notice to avoid dismissal of this action. Dkt. No. 4. The deadline has passed, and Plaintiff has not submitted the required documents. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any motion to reopen must be accompanied by either the full filing fee or a complete *in forma pauperis* application.

**IT IS SO ORDERED.**

Dated: 10/13/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge